IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) No. 3:12-CR-38-KAC-JEM |
| RICKEY DALE SIKES, JR., | ) ) ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

This case came before the Court on July 7, 2022, for a detention hearing to determine Defendant's release status pending his revocation hearing before District Judge Crytzer. Assistant United States Attorney Kevin Quencer appeared on behalf of the Government. Assistant Federal Defender Benjamin G. Sharp appeared on behalf of Defendant, who was also present.

Following the parties' presentations, the Court took a recess to consider the information submitted to the Court. Through counsel, Defendant then informed the Court that the parties may have an agreed order to present to Judge Crytzer, and Defendant made an oral motion to withdraw his request for release pending his revocation hearing. The Government did not oppose the request. The Court **GRANTS** Defendant's unopposed motion, finding it well taken. Pursuant to the Court's previous Order of Detention [Doc. 48], Defendant shall continue to be **DETAINED**.

The Final Hearing on Revocation of Defendant's Supervised Release will proceed as scheduled before District Judge Katherine A. Crytzer on July 18, 2022, at 10:00 a.m.

**IT IS SO ORDERED.**

ENTER:

*/s/ Jill E. McCook*
Jill E. McCook
United States Magistrate Judge